

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-12-00416-CR**

**IN RE HUBERT WARREN**

_____

**Original Proceeding**

---

## MEMORANDUM OPINION

---

The petition for writ of mandamus is denied.


REX D. DAVIS
Justice


Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed December 6, 2012
Do not publish
[OT06]